FOGGAN, Respondent, v. COLGAN, Appellant. (Supreme Court, Appellate Division,

Fourth Department. June 6, 1899.) Action by George Foggan against Peter B. Colgan. No opinion. Judgment affirmed, with costs.